CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 5 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REV. PIERRE A. RENOIR, )<br>　　Plaintiff, ) | Civil Action No. 7:07cv00166 |
| v. ) | **FINAL ORDER** |
| LT. BROWN, <u>et al.</u>, )<br>　　Defendants. ) | By: James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that plaintiff's application to proceed <u>in forma pauperis</u> is **DENIED**, as he fails to demonstrate imminent danger of serious physical harm; his complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); his motions for emergency transfer and appointment of counsel are hereby **DENIED**; and the action is stricken from the active docket of the court.

The clerk shall send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 5th day of April, 2007.

　　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　　Senior United States District Judge